| PROB 22 (Rev. 12/13) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 8:15CR00158-1 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 3:22-cr-4-RGJ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: James S. Coder  Shepherdsville, KY 40165 | DISTRICT District of Nebraska | DIVISION Omaha |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Robert F. Rossiter, Jr. Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/09/2021 — TO 11/08/2026 |

OFFENSE
Possession of Child Pornography [18 U.S.C. § 2252A(a)(5)(B)]

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Nebraska

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Kentucky upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

January 18, 2022
_Date_

_Robert F. Rossiter, Jr., Chief U.S. District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

January 19, 2022
_Effective Date_

Rebecca Grady Jennings, District Judge
United States District Court